# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:02CR247** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **MARGIE G. CHAVEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Memorandum and Order entered by the Court (Filing No. 101).

IT IS ORDERED:

1.      A resentencing hearing is scheduled before the undersigned United States District Judge on **May 8, 2006, at 2:30 p.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2.      Counsel for the Defendant, if previously appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, et seq., is reappointed to represent the Defendant for purposes of resentencing.  If retained, counsel for the Defendant remains as counsel for the Defendant until the conclusion of the resentencing or until given leave to withdraw;

3.      The United States Marshal for this District is directed to return the Defendant to this district and produce the Defendant for the resentencing hearing; and

4.      The Clerk's Office shall provide the United States Marshal a certified copy of this order.

DATED this 15th day of March, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge